No. 01–9805.  GUY *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 01–9806.  HATCHER *v.* SMITH, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–9807.  FORD *v.* MARION COUNTY SHERIFF'S DEPARTMENT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–9811.  TAYLOR *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 01–9814.  DONOGHUE *v.* ILLINOIS CIVIL SERVICE COMMISSION ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 01–9817.  LEE *v.* DODRILL, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 01–9820.  OBANDO *v.* WHITE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9822.  WEATHERSPOON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–9823.  RAULS *v.* JOHNSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–9830.  FOSTER *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–9831.  HARRISON *v.* COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT.  Sup. Ct. Cal.  Certiorari denied.

No. 01–9833.  BALLARD *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 01–9835.  WHITE *v.* KAPTURE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–9836.  TYLER *v.* ASHCROFT, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Certiorari denied.